UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ILANA MARCUS,

          Plaintiff,

          -against-

UNLIMITED BIKING HOLDINGS, LLC, and
HAKAN UGDUR,

          Defendants.
-------------------------------------------------------X

CASE NO. 1:25-cv-00179

## JUDGMENT

WHEREAS, on August 8, 2025, Defendants served upon Plaintiff an Offer of Judgment pursuant to Federal Rule of Civil Procedure 68; and

WHEREAS, on August 20, 2025, Plaintiff timely accepted said Offer of Judgment; and

WHEREAS, the Offer of Judgment and Notice of Acceptance have been filed with the Court;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Plaintiff ILANA MARCUS and against Defendants UNLIMITED BIKING HOLDINGS, LLC and HAKAN UGDUR in the amount of ten thousand dollars ($10,000.00).

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

Dated:    September 12, 2025
               New York, New York

                                                                                   *Katherine Polk Failla*
                                                                                  _____
                                                                                  Hon. Katherine Polk Failla
                                                                                  United States District Judge